District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARJO JATTA, | No. 2:22-cv-1748-TSZ |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| MERRICK GARLAND, *et al.*, | Noted for Consideration on: January 25, 2023 |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until a date sixty days after a newly scheduled asylum interview. Plaintiff brings this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to adjudicate Plaintiffs' I-589, Application for Asylum and Withholding of Removal. The parties are currently working diligently towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE                - 1
(22-cv-22-1748)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The U.S. Citizenship and Immigration Services ("USCIS") has scheduled Plaintiff's asylum interview for February 27, 2023. Additional time will be necessary to continue processing and adjudicate Plaintiff's I-589 after the interview. Once the application is adjudicated, this case will be moot. Therefore, the parties believe good cause exists to stay these proceedings to save the parties and the Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings until April 28, 2023, sixty days after Plaintiff's scheduled asylum interview. The parties will submit a joint status report on or before April 28, 2023. The parties also request that this Court vacate its minute order directing the parties to file a Joint Status Report by February 13, 2023. Dkt. No. 5.

Dated: January 25, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

s/Ben Baumgartner
BEN BAUMGARTNER*
Baumgartner Law Office
500 N. Main St., Ste. 152
Newton, KS 67114
Phone: 316-613-1621

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE                    - 2
 (22-cv-22-1748)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Email: ben@baumgartnerlawoffice.com
*PHV*

s/Steve Tanijo
STEVE TANIJO, WSBA# 40060
Law Office of Steve Tanijo, PLLC
500 N. Main St., Ste. 152
2212 Queen Anne Ave N 721
Seattle, WA 98109
Phone: 206-701-6789
Email: steve@tanijo.com
*Attorney for Plaintiffs*

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE - 3
(22-cv-22-1748)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED that this case is held in abeyance until April 28, 2023. The Court's order (Dkt. No. 5) directing the parties to submit a Joint Status Report by February 13, 2023 is vacated. The parties shall file a joint status report on or before June 30th, 2023.

DATED this 27th day of January, 2023.



_____
THOMAS S. ZILLY
United States District Judge

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE - 4
(22-cv-22-1748)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970