# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARJO JATTA,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as United States Attorney General; et. al.,<br><br>Defendants. | C22-1748 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

ORDER - 1

IT IS SO ORDERED.

Dated this 24th day of April, 2023.

                                      /s/ Thomas S. Zilly
                                      Thomas S. Zilly
                                      United States District Judge

ORDER - 2